**MEMO ENDORSED**

# MIZRAHI KROUB LLP

Edward Y. Kroub – Partner
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ekroub@mizrahikroub.com

June 28, 2023

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2023

Re: *Zarzuela v. Newport Apothecary, Inc*; Case No. <u>1:23-cv-02097- VEC</u>

Dear Judge Caproni:

    We represent plaintiff Jose Zarzuela ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for July 14, 2023 at 10:00 a.m. as well as the deadline on July 6th to submit the pre-conference joint submissions. Plaintiff requests this adjournment since Defendant has yet to appear or contact counsel for Plaintiff. This is Plaintiff's first request for such extension and as Defendant has not appeared, there has been no consent granted. We respectfully request an adjournment of 30 days to allow time for Defendant to appear.

    Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

---

Application GRANTED in part. The initial pretrial conference scheduled for July 14, 2023, is hereby ADJOURNED *sine die*. Defendant's deadline to answer remains **July 14, 2023**. *See* Dkt. 5. Plaintiff must serve a copy of this endorsement on Defendant and file proof of service by no later than **June 30, 2023**. If Defendant fails to appear and move or answer by July 14, 2023, Plaintiff must move for entry of default by **July 21, 2023**.

SO ORDERED.

*[Signature]*     Date: 6/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE